The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICROSOFT CORPORATION,

                Plaintiff,

v.

TROY OLSEN, an Idaho resident, DIKATA, INC., an Idaho corporation, and JOHN DOES 1-20,

                Defendants.

No. C06-1835 RSM

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINE OF JOINDER DATE

The parties' Stipulated Motion for Extension of Deadline of Joinder Date, from April 9, 2007, is hereby granted. The new deadline to file the Joinder of Additional Parties is August 28, 2007.

**IT IS SO ORDERED.**

DATED this 22nd day of March, 2007.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON JOINT MOTION FOR
EXTENSION OF TIME (TO JOIN
PARTIES) - 1
Case No. C06-1835

K:\00103\02976\PM1W\PM1WP201P

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1 | Presented by:

2 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

3 |

4 | By /s/ Pallavi M. Wahi
   | David A. Bateman, WSBA#14262
5 | Theodore J. Angelis, WSBA #30300
   | Pallavi Mehta Wahi, WSBA#32799
6 | david.bateman@klgates.com
   | pallavi.wahi@klgates.com
7 | theo.angelis@klgates.com
   | Attorneys for Plaintiff
8 | Microsoft Corporation

9 |

10 | SUMMIT LAW GROUP

11 |

12 | By /s/ Lawrence C. Locker (email permission)
    | Ralph A. Palumbo WSBA #4781
13 | Lawrence C. Locker, WSBA#15819
    | ralphp@summitlaw.com
14 | larryl@summitlaw.com
    | Attorneys for Defendants Troy V. Olsen and Dikata, Inc.

ORDER ON JOINT MOTION FOR
EXTENSION OF TIME (TO JOIN
PARTIES) - 2
Case No. C06-1835

K:\00103\02976\PM1W\PM1WP201P

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022